IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUQAN DEMETRIUS MUHAMMAD                                                     PLAINTIFF
a/k/a Willie Murry
ADC # 97878

Vs.                         CASE NO. 5:03cv00433   JMM

RICKY McCARRELL, et al                                                      DEFENDANTS

## ORDER

The above case is scheduled for jury trial Monday, May 7, 2007, Richard Sheppard Arnold United States Courthouse, Room #389, 600 West Capitol Avenue, Little Rock, Arkansas.

The Arkansas Department of Correction is directed to ensure the attendance of Plaintiff Juqan Demetrius Muhammad a/k/a Willie Murry, Varner Super Max (ADC #97878) at the trial of this matter on Monday, May 7, 2007, at 8:30 a.m.

The Arkansas Department of Correction is further directed to send with Plaintiff his complete institutional and medical files.

IT IS SO ORDERED this 2nd May, 2007.

_James M. Moody_
UNITED STATES DISTRICT JUDGE