UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUQAN DEMETRIUS MUHAMMAD                                        PLAINTIFF

VS.                         NO. 5:03CV00433  JMM

JAMES BANKS, ET AL.                                              DEFENDANT

ORDER

Defendants' Amended Motion for Summary Judgment (#218) contends that a video tape of the incident in which plaintiff alleges defendants used excessive force proves conclusively that they did not use excessive force. Plaintiff contends that the video tape reflects just the opposite.

The Court has reviewed the tape and finds that the question of how much force was appropriate in removing plaintiff from his cell remains in dispute. Based upon this material disputed fact, the amended motion is denied.

IT IS SO ORDERED THIS   2   day of   May  , 2007.

_____
James M. Moody
United States District Court