**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JUQAN DEMETRIUS MUHAMMAD**                                                      **PLAINTIFF**

vs.                                                      **CASE N. 5:03CV00433 JMM**

**JAMES MURRY, ET AL.**                                                      **DEFENDANTS**

## JUDGMENT

This action came on for trial May 7, 2007, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding. At the conclusion of testimony of the pertinent witnesses, and for the reasons stated on the record in open court, the Court dismissed all claims against defendant Ricky McCarrell. At the conclusion of trial the jury returned a verdict in favor of the remaining defendants, James Murry, Jimmy Via, and Ransom Evans and against the plaintiff.

IT IS ORDERED AND ADJUDGED that based upon the Court's dismissal of the claims against Ricky McCarrell, and the jury's verdict as to James Murry, Jimmy Via, and Ransom Evans, plaintiff's complaint is dismissed with prejudice with plaintiff taking nothing.

Dated this 10th day of May, 2007.

_/s/ James M. Moody_
James M. Moody
United States District Judge