IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JUQUAN DEMETRIUS MUHAMMAD
A/K/A WILLIE MURRY                                                                           PLAINTIFF

VS.                                      CASE NO.  5:03CV00433

ARKANSAS DEPARTMENT OF
CORRECTIONS, ET AL                                                                      DEFENDANTS

## AMENDED ORDER

Pending before the court is the Application of May 10, 2007 by Charles M. Mooney, Jr., for the reimbursement of out-of-pocket expenses (#233). Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders that the Clerk of the Court disburse money from the Library Fund in the amount of eleven hundred, seventy-four dollars and thirteen cents ($1,174.13) and distribute it to the named applicant.[1] A copy of this Order, together with the application, shall be place in the Library Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED THIS   14   day of   May  , 2007.

James M. Moody
United States District Court

---

[1] In calculating the expenses for milage, the Court has used the milage rates applicable in 2006 and 2007 as opposed to the requested mileage rate.